DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN WARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2058

[November 7, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 14000139CFBXMX.

Jonathan Ward, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***